UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00033-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JUAN MANUEL NIETO MURILLO, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Amend Bill of Indictment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Amend Bill of Indictment (#24) is GRANTED, and the indictment is so amended.

Signed: November 2, 2015

Max O. Cogburn Jr.
United States District Judge